■ THOMAS F. ANDERSON, Appellant, v MARY FLANAGAN, Respondent. [621 NYS2d 1021] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Partial Summary Judgment.) Present—Balio, J. P., Lawton, Fallon, Wesley and Doerr, JJ.